Hon. Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TAMARA A. DYKAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES, INC., a foreign corporation doing business in the State of Washington,<br><br>    Defendant. | No. 11-5477<br><br>ORDER RE: JURY DEMAND |

THIS MATTER having come on regularly before the undersigned judge of the above-entitled court on the parties Stipulated Motion Re: Jury Demand, and the Court being fully advised and having considered the following pleadings and papers:

1. Defendant Wal-Mart Stores, Inc. and Plaintiff Tamara A. Dykas's Stipulated Motion Re: Jury Demand;

2. Declaration of Mary DePaolo Haddad in Support Defendant Wal-Mart Stores, Inc. and Plaintiff Tamara A. Dykas's Stipulated Motion Re: Jury Demand;

and the Court being fully advised in the premises, now, therefore, it is hereby

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

ORDERED, ADJUDGED AND DECREED that the parties Stipulated Motion Re: Jury Demand is GRANTED and that:

1. the parties are entitled to a jury trial under FRCP 39(b).

DONE IN OPEN COURT this 11th day of October, 2011.

_/s/ Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LEE SMART, P.S., INC.

By: /s/ Philip B. Grennan
    Philip B. Grennan, WSBA No. 8127
    Mary DePaolo Haddad, WSBA No. 30604
    Lee Smart, P.S., Inc.
    701 Pike Street, Suite 1800
    Seattle, WA 98101
    206-624-7990
    pbg@leesmart.com
    Attorneys for Wal-Mart Stores, Inc.

LAW OFFICE OF DAVID A. BUFALINI, P.S., INC.

By: /s/ David A. Bufalini (signed w/electronic permission)
    David A. Bufalini, WSBA No 8262
    2915 N. McCarver, #100
    Tacoma, WA 98403
    253-272-2100
    dbufalini@Bufalinilaw.com
    Attorney for Tamara A. Dykas

ORDER RE: JURY DEMAND - 2
11-5477
Dykas - Proposed Order.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944