1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| TAMARA A. DYKAS, | Case No. 11-CV-05477-RBL |
| Plaintiff, | STIPULATION REGARDING DISCOVERY DEADLINES AND DISPOSITIVE MOTIONS |
| v. | |
| WAL-MART STORES, INC., a corporation doing business in the State of Washington, | |
| Defendant. | |

## STIPULATION

The parties in the above-entitled and numbered cause, by and through the undersigned attorneys of record, hereby stipulate to extending the following pretrial deadlines. These extensions for filing deadlines are sought due to pending mediation and in an effort to minimize unnecessary expense and time spent regarding litigation of the this matter in light of possible negotiations.

| Description | Date Due | Extension Date |
|---|---|---|
| EXPERT WITNESS DISCLOSURE | May 9, 2012 | June 11, 2012 |
| DEADLINE FILING OF MOTIONS RELATED TO DISCOVERY | June 18, 2012 | July 18, 2012 |
| DISCOVERY CUTOFF | July 9, 2012 | August 9, 2012 |

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
**Suite 100**
Tacoma, WA 98403-3336
Telephone (253) 272-2100

| | | |
|---|---|---|
| DEADLINE FILING | | |
| DISPOSITIVE MOTIONS | August 7, 2012 | September 7, 2012 |

Counsel for the plaintiff and defendant further certify, as evidenced by their signatures below, that they have discussed the extension of the deadlines, and all parties are in agreement with same.

May 7, 2012          LAW OFFICES OF DAVID A. BUFALINI


*s/David A. Bufalini*_____
David A. Bufalini,          WSBA 08262
Attorneys for Plaintiffs

May 7, 2012          LEE SMART, P.S., INC.


*s/ David A. Bufalini for*_____
Philip B. Grennan, WSBA #8127
Mary DePaolo Haddad, WSBA #30604
Of Attorneys for Defendant Wal-Mart Store

## ORDER

THIS MATTER having come before the court on the stipulation of the plaintiff and defendants to allow extension of the current discovery deadlines and dispositive motion deadline, and the court having been advised in the premises, it is now, therefore,

ORDERED that the current discovery deadlines be extended to the agreed dates referenced in the stipulation adjoined to this order.

DONE IN OPEN COURT this 8th day of May, 2012.


_____
Ronald B. Leighton
United States District Judge

STIPULATION RE: PRE TRIAL DEADLINES - 2

LAW OFFICES OF
**DAVID A. BUFALINI**
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
**Suite 100**
Tacoma, WA 98403-3336
Telephone (253) 272-2100

*Presented by:*

LAW OFFICES OF DAVID A. BUFALINI, P.S.


/s_____
David A. Bufalini                    8262
Attorney for Plaintiff


LEE SMART, P.S., INC.



/s_____
Philip B. Grennan, WSBA #8127
Mary DePaolo Haddad, WSBA #30604
Of Attorneys for Defendant Wal-Mart Store

LAW OFFICES OF
DAVID A. BUFALINI
A PROFESSIONAL SERVICE CORPORATION
2915 N. McCarver
**Suite 100**
Tacoma, WA 98403-3336
Telephone (253) 272-2100